Dennis E. Wagner, Esq.
Wagner & Pelayes, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel: (951) 686-4800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTINA LICITRA, | | **CASE NUMBER** |
| | Plaintiff(s) | CV 15-01188 JAK (DTBx) |
| v. | | |
| COUNTY OF RIVERSIDE, et al. | | **MEDIATION REPORT** |
| | Defendant(s). | |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date): January 26, 2016 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☒ ~~Yes, partially, and further facilitated discussions are not expected.~~  *Subject to BOS approval.*
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: January 26, 2016 _____

_____
Signature of Mediator

Dennis E. Wagner, Esq.
_____
Name of Mediator (print)

The Mediator is to electronically file original document.