NO FEE DUE
GOV'T CODE § 6103

▯ORIGINAL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
    E-Mail: Arthur.Cunningham@lewisbrisbois.com
ERIC T. ANGEL, SB# 293157
    E-Mail: Eric.Angel@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTINA LICITRA,<br><br>           Plaintiff,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE,<br>et al.,<br><br>           Defendants. | CASE NO. 15-CV-01188-JAK (DTBx)<br><br>**NOTICE OF SETTLEMENT** |

TO ALL PARTIES HEREIN AND TO THIS HONORABLE COURT:

At mediation on January 26, 2016, this matter was settled in its entirety, subject to the condition that the Riverside County Board of Supervisors approves the settlement. Board consideration of the matter is expected within (90) days and counsel for the defendant shall notify the Court of the Board's action as soon as the Board acts on the proposed settlement.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-4407-5053.1

1

NOTICE OF SETTLEMENT

In light of the foregoing, it is requested that the Court vacate the February 5, 2016 status conference and set a further status conference approximately 90 days from this date.

DATED: January 28, 2016          Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Arthur K. Cunningham
Attorneys for Defendant
COUNTY OF RIVERSIDE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-4407-5053.1

2

NOTICE OF SETTLEMENT

## FEDERAL COURT PROOF OF SERVICE

LICITRA vs COUNTY OF RIVERSIDE, et al. - Case No.

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 29, 2016, I served the following document(s): NOTICE OF SETTLEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Jerry L. Steering, Esquire
Gregory Paul Peacock, Esquire
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street, Suite 100
Newport Beach, California 92660
949-474-1849
949-474-1883 (facsimile)
jerrysteering@yahoo.com
gregorypaulpeacock@yahoo.com
**Attorneys for Plaintiff**
**SANTNA LICITRA**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 29, 2016, at San Bernardino, California.

_____
SHARON DENISE MOORE

4823-4407-5053.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW