# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTINA LICITRA<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>        Defendants. | CASE NO. CV15-01188 JAK (DTBx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>JS-6 |

THE PARTIES, THROUGH COUNSEL, HAVING STIPULATED AND GOOD CAUSE APPEARING,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.

All parties shall bear their own costs and attorneys' fees, including fees potentially recoverable under 42 USC Sec. 1988 or provisions of state law.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:  March 23, 2016

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS

4842-1734-7375.1

ORDER OF DISMISSAL OF ENTIRE ACTION